# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YURI TZUL,<br><br>             Plaintiff,<br><br>       v.<br><br>SIX UNKNOWN NAMES AGENTS, et al.,<br><br>             Defendants. | Case No.  1:13-cv-01915-AWI-GSA-PC<br><br>ORDER DISMISSING ACTION AND DIRECTING CLERK'S OFFICE TO SEND COURTESY COPY TO YOUNG YIL JO<br><br>(Doc. 1) |

   On November 25, 2013, Young Yil Jo filed a civil rights complaint, purportedly on behalf of Yuri Tzul.[1]  Mr. Jo is not an attorney and he is precluded from filing cases on the behalf of anyone but himself.  <u>Johns v. County of San Diego</u>, 114 F.3d 874, 877 (9th Cir. 1997); <u>C. E. Pope Equity Trust v. United States</u>, 818 F.2d 696, 697 (9th Cir. 1987).

   This action is HEREBY ORDERED DISMISSED.  Given the Court's inability to serve the order on Mr. Tzul, the Clerk's Office shall serve a copy of this order on Young Yil Jo, #01183-112, Etowah County Jail, 827 Forrest Ave., Gadsen, AL, 35901.

IT IS SO ORDERED.

Dated:   December 3, 2013                              _____
                                                                              SENIOR  DISTRICT  JUDGE

---

[1] The complaint is not signed and it sets forth no intelligible claims for relief.  No address is provided for Mr. Tzul.